**Augustus FELECCIA and Justin
T. Resch, Respondents**

v.

**LACKAWANNA COLLEGE a/k/a Lackawanna Junior College, Kim A. Mecca, Mark D. Duda, William E. Reiss, Daniel A. Lamagna, Kaitlin M. Coyne and Alexis D. Bonisese, Petitioners**

No. 359 MAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

1. Is a Pennsylvania college required to have qualified medical personnel present at intercollegiate athletic events to satisfy a duty of care to the college's student-athletes?

2. Is an exculpatory clause releasing "any and all liability" signed in connection with participation in intercol-

legiate football enforceable as to negligence?